**Entered on Docket**
**June 9, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Edward J. Tredinnick (SBN 84033)
Keith Owens (SBN 184841)
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: 415.364.5540
Facsimile: 415.391.4436
Email: etredinnick@foxrothschild.com
        kowens@foxrothschild.com

*Proposed Counsel for D & D Venture Group, Inc.*

**CHANGES MADE BY COURT**

**Signed and Filed: June 9, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>D & D VENTURE GROUP, INC.,<br><br>Debtor. | Case No.: 26-30496 DM<br><br>Chapter 11 (Subchapter V)<br><br>**ORDER APPROVING APPLICATION TO DESIGNATE RESPONSIBLE INDIVIDUAL**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Location: N/A<br>Judge: Honorable Dennis Montali |

On June 9, 2026, D & D Venture Group, Inc. ("D&D" or "Debtor"), the debtor and debtor-in-possession, filed an Application To Designate Responsible Individual [ECF No. 17] (the "Application") in the above-captioned matter.

Upon due consideration, and for good cause shown, the Court does hereby order as follows:

(1)     The Application is APPROVED.

(2)     Damon Pham is hereby designated as the responsible individual for Debtor in the above-captioned matter.

(3)     The contact information for Damon Pham is as follows:

Damon Pham
Secretary & Chief Financial Officer
329 North Almenar Drive
Greenbae, California 94909
Email: damon@chaseacehardware.com
Phone: 415.225.7247

### *** END OF ORDER***

# <u>COURT SERVICE LIST</u>

All recipients on ECF.

185615820