Edward J. Tredinnick (SBN 84033)
Keith C. Owens (SBN 184841)
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: 415.364.5540
Facsimile: 415.391.4436
Email: etredinnick@foxrothschild.com
        kowens@foxrothschild.com

*Proposed Counsel for D & D Venture Group, Inc.*

**CHANGES MADE BY COURT**

**Signed and Filed: June 9, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>D & D VENTURE GROUP, INC.,<br><br>               Debtor. | Case No.: 26-30496-DM<br><br>Chapter 11 (Subchapter V)<br><br>**ORDER ON EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF PRE-PETITION EMPLOYEE COMPENSATION AND RELATED RELIEF**<br><br>Hearing Date:    June 9, 2026<br>Hearing Time:    9:30 a.m.<br>Location:       *via* Zoom<br><br>  Judge: Hon. Dennis Montali |

1

On June 9, 2026, the Court held a hearing on the *Emergency Motion For Order Authorizing Payment Of Pre-Petition Employee Compensation And Related Relief* (the "Motion")[1] [ECF No. 4] filed by D & D Venture Group, Inc., the above-captioned debtor and debtor in possession (the "Debtor").

Edward Tedinnick of Fox Rothschild LLP appeared on behalf of the Debtor. All other appearances were as noted on the record at the hearing on the Motion.

Upon due consideration, for good cause shown and for the reasons set forth on the records at the hearing, the Court hereby orders as follows:

1. The Motion is **GRANTED** in its entirety except as set forth in this Order.

2. The Debtor is authorized to pay pre-petition Employee Obligations (including the claim of its payroll processor); provided, however, that payment of pre-petition Employee Obligations related to Mr. Pham and Mr. Harrison are deferred pending entry of a further order of the Court.

3. The Debtor is authorized to pay Employee Obligations in the ordinary course of business on a post-petition basis; provided, however, that with respect to the portion of Employee compensation that constitutes prepetition wages to be made at the next payroll on or about June 26, 2026, the Debtor shall submit a supplemental declaration describing the proposed payment. The Court has scheduled a continued hearing on June 18, 2026, at 1:15 p.m. to address this issue.

4. The Debtor is authorized, in its discretion, and to the extent necessary under California law and consistent with Debtor's policies, to honor its existing policies for PTO to the extent it permits continuing full-time Employees to use their prepetition accrued leave in the ordinary course of business up to the accrued amounts for PTO.

5. Notwithstanding the authority set forth herein, under no circumstance whatsoever shall the Debtor pay any individual employee an aggregate amount exceeding $17,150 for pre-petition obligations, including but not limited to, wages, PTO, vacation, sick time, or employee benefit plan obligations.

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion.

2

6. The hearing on the Motion is continued to **June 18, 2026, at 1:15 p.m.** (the "Continued Hearing") to address the Debtor's request to pay the portion of Employee compensation that constitutes prepetition wages (the "Stub Wages") to be made at the next payroll on June 26, 2026.

7. The Debtor shall file a supplement describing the proposed payment of Stub Wages prior to the Continued Hearing.

**\*\*\* END OF ORDER\*\*\***

Case: 26-30496    Doc# 21    Filed: 06/09/26    Entered: 06/09/26 16:54:39    Page 3 of 4

186303039

## COURT SERVICE LIST

All recipients on ECF.