

Edward J. Tredinnick (SBN 84033)
Keith C. Owens (SBN 184841)
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: 415.364.5540
Facsimile: 415.391.4436
Email: etredinnick@foxrothschild.com
        kowens@foxrothschild.com

*Proposed Counsel for D&D Venture Group, Inc.*

<span style="color:red">**CHANGES MADE BY COURT**</span>

**Signed and Filed: June 9, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re | Case No.: 26-30496-DM |
| D & D VENTURE GROUP, INC., | Chapter 11 (Subchapter V) |
| Debtor. | **FINAL ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT; AND (IV) SCHEDULING A FINAL HEARING WITH REGARD TO THE SAME** |
|  | Hearing Date: June 9, 2026<br>Hearing Time: 9:30 a.m.<br>Location: *via* Zoom |
|  | Judge: Hon. Dennis Montali |

Upon the motion (the "Motion")[1] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (i) prohibiting utility providers from altering, refusing, or discontinuing service without prior Court approval; (ii) authorizing the Debtor to make deposits into a segregated account for the benefit of utility providers as adequate assurance of payment; (iii) establishing procedures for requesting modification to the amount of adequate assurance pursuant to § 366(c); and (iv) scheduling a final hearing with regard to the same; the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this Subchapter V Case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and the Court having found that Debtor provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having found that no other or further notice need be provided; and the Court having reviewed the Motion and the supporting Pham Declaration, having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing") and having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and no objections having been made; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Utility Providers be and hereby are prohibited from altering, refusing, or discontinuing Utility Services on account of prepetition invoices.

3. The Utility Providers be, and hereby are, deemed to be adequately assured of payment by the Debtor providing a cash deposit of $7,594 to a segregated account for the benefit of each Utility Provider pursuant to § 366(c)(1).

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion.

4. Any request by a Utility Provider for additional adequate assurance must comply with the Adequate Assurance Procedures provided in the Motion.

5. In the event a Determination Motion is filed or a Determination Hearing is scheduled, any objecting Utility Provider shall be deemed to have received adequate assurance under § 366 without need for payment of additional deposits or other securities until an order of the Court is entered in connection with such Determination Motion or Determination Hearing.

6. Any payment made, or authorization contained, in this Order will be subject to the requirements and restrictions contained in any order approving debtor-in-possession financing and any related financing documents.

7. This Order is without prejudice to any Utility Provider filing a motion to request additional adequate assurances.

8. The stay under Bankruptcy Rule 6004(h) is waived.

**\*\*\* END OF ORDER\*\*\***

186304084

# <u>COURT SERVICE LIST</u>

All recipients on ECF.

**EXHIBIT A**

**UTILITY PROVIDERS**

| Provider Name and Address | Debtor Service Address | Account No. | Monthly Cost |
|---|---|---|---|
| PG&E (Electricity) P.O. Box 997300 Sacramento, CA 95899-7300 | 2739 Yulupa Ave Santa Rosa, CA 95405 | 7086876997-0 | $2,350 |
| PG&E (Electricity) P.O. Box 997300 Sacramento, CA 95899-7300 | 1826 4th Street San Rafael, CA 94901 | 90236704475-5 | $3,800 |
| PG&E (Electricity) P.O. Box 997300 Sacramento, CA 95899-7300 | 451 Oceana Blvd Pacifica, CA 94044 | 1585252047-5 | $1,250 |
| Comcast Business (Phone/Internet) P.O. Box 60533 City Of Industry CA 91716-0533 | 2739 Yulupa Ave Santa Rosa, CA 95405 | 8155300341489400 | $350 |
| Comcast Business (Phone/Internet) P.O. Box 60533 City Of Industry CA 91716-0533 | 1846 4th Street San Rafael, CA 94901 | 8155300010929370 | $326 |
| Comcast (Phone) P.O. Box 37601 Philadelphia, PA 19101-0601 | 1846 4th Street San Rafael, CA 94901 | 906793215 | $1500 |
| Comcast Business (Phone/Internet) P.O. Box 60533 City Of Industry CA 91716-0533 | 1826 4th Street San Rafael, CA 94901 | 8155300011025730 | $625 |
| Comcast Business (Phone/Internet) P.O. Box 60533 City Of Industry CA 91716-0533 | 451 Oceana Blvd Pacifica, CA 94044 | 8155200260284200 | $315 |

186304084

| Provider Name and Address | Debtor Service Address | Account No. | Monthly Cost |
|---|---|---|---|
| Comcast Business (Phone/Internet) P.O. Box 60533 City Of Industry CA 91716-0533 | 226 Linus Pauling Drive Hercules, CA 94084 | 8155400640472740 | $650 |
| Recology Sonoma Marin (Waste) 3400 Standish Ave Santa Rosa, CA 95407 | 2739 Yulupa Ave Santa Rosa, CA 95405 | 1813083490 | $512 |
| Marin Sanitary Service (Waste) P.O. Box 11117 San Rafael, CA 94912 | 1826 4th Street San Rafael, CA 94901 | 01-70962 | $1237 |
| Republic Services (Waste) P.O. Box 78829 Phoenix, AZ 85062-8829 | 226 Linus Pauling Drive Hercules, CA 94084 | 3-0851-0041853 | $503 |
| Recology of the Coast (Waste) 2305 Palmetto Ave Pacifica, CA 94044 | 451 Oceana Blvd Pacifica, CA 94044 | 1210100529 | $569 |
| North Coast County Water District (Water) 2400 Francisco Blvd Pacifica, CA 94044 | 451 Oceana Blvd Pacifica, CA 94044 | 08-0020-01 | $150 |
| Marin Water District (Water) 220 Nellen Ave Corte Madera, CA 94925 | 1840 & 1842 4th Street San Rafael, CA 94901 | 574292 | $250 |
| Marin Water District (Water) 220 Nellen Ave Corte Madera, CA 94925 | 1826 4th Street San Rafael, CA 94901 | 514406 | $400 |
| City of Santa Rosa (Water) 100 Santa Rosa Avenue Santa Rosa, CA 95404 | 2739 Yulupa Ave Santa Rosa, CA 95405 | 040121 | $400 |
| | 2729 Yulupa Ave Santa Rosa, CA 95405 | 040120 | |
| | 2727 Yulupa Ave, Santa Rosa, CA 95405 | 040119 | |