Edward J. Tredinnick (SBN 84033)
Keith Owens (SBN 184841)
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: 415.364.5540
Facsimile: 415.391.4436
Email: etredinnick@foxrothschild.com
kowens@foxrothschild.com

*Proposed Counsel for D & D Venture Group, Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: 26-30496-DM |
| D & D VENTURE GROUP, INC., | Chapter 11 (Subchapter V) |
| Debtor. | **OMNIBUS NOTICE OF CONTINUED HEARINGS ON:** |
| | **(1) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO (A) PAY PREPETITION WAGES, SALARIES, AND OTHER COMPENSATION AND (B) CONTINUE EMPLOYEE BENEFITS, AND (II) GRANTING RELATED RELIEF [ECF 4]; AND** |
| | **(2) DEBTOR'S EMERGENCY FIRST-DAY MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL [ECF 5]** |
| | <u>Hearing</u> |
| | Date: June 18, 2026 |
| | Time: 1:15 p.m. |
| | Location: ***Via ZoomGov*** |
| | Judge: Hon. Dennis Montali |

185653418

**NOTICE IS HEREBY GIVEN** that on June 5, 2026, D & D Venture Group, Inc. ("D&D" or "Debtor"),[1] the above-captioned debtor and debtor-in-possession, by and through its proposed undersigned counsel, Fox Rothschild LLP, has filed the following two motions seeking immediate relief relating to critical operational issues as follows:

1. *Debtor's Emergency For Entry Of Interim And Final Orders (I) Authorizing Debtor To (A) Pay Prepetition Wages, Salaries, And Other Compensation And (B) Continue Employee Benefits, And (II) Granting Related Relief* ("Wage Motion") [ECF 4]*; and*

2. *Debtor's Emergency First-Day Motion For Order Authorizing Interim Use Of Cash Collateral;* ("Cash Collateral Motion") [ECF 5].

**NOTICE IS FURTHER GIVEN** that on June 9, 2026, the Court entered an Interim Order granting the Wage Motion, *See* ECF 21, and that on June 10, 2026, the Court entered an Interim Order granting the Cash Collateral Motion, *See* ECF 25.

**NOTICE IS FURTHER GIVEN** that continued hearings on the Wage Motion and Cash Collateral Motion will be held **June 18, 2026** at **1:15 p.m.** at the United States Bankruptcy Court, Northern District of California, San Francisco Division, before the before the Honorable Dennis Montali (the "Continued Hearings"). **The Continued Hearings will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov.** The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

The Wage and Cash Collateral Motions are supported by the *Omnibus Declaration Of Damon Pham In Support Of Voluntary Petition And First Day Motions* ("Omnibus Declaration") [ECF 8] and the *Supplemental Declaration of Damon Pham* which will be filed and served prior to the Continued Hearing. Copies of the: 1) *Order On Emergency Motion For Order Authorizing Payment Of Prepetition Employee Compensation And Related Relief* [ECF 21] ("Wage Interim Order") and 2) *Order Granting Emergency First Day Motion For Order Authorizing Interim Use*

---

[1] All capitalized terms have the meanings ascribed them in each of the First Day Motions.

Case: 26-30496    Doc# 29    Filed: 06/11/26    Entered: 06/11/26 17:16:22    Page 2 of 7
185653418

*Of Cash Collateral Pursuant To § 363* [ECF 25] ("Cash Collateral Interim Order") issued by the Court are included with this Notice.

**NOTICE IS FURTHER GIVEN** that copies of the Motions and all, supporting documents may be obtained in one of the following ways: (1) by written request to Fox Rothschild LLP, Attention: Edward Tredinnick, 345 California Street, Suite 2200, San Francisco, California 94104; or (2) by email request to Edward Tredinnick at the following email address: etredinnick@foxrothschild.com; or (3) from the Court's PACER system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov, which includes a link to the Court's Case Management/Electronic Case Filing (CM/ECF) system.

**NOTICE IS FURTHER GIVEN** that if you or your attorney do not attend, the Court may decide that you do not oppose the relief sought in the Wage and Cash Collateral Motions and may enter orders granting the relief requested.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: June 11, 2026.                                      **FOX ROTHSCHILD LLP**

By: /s/ Edward J. Tredinnick
Edward J. Tredinnick (SBN 84033)
Keith Owens (SBN 184841)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA  94104-2670, Suite 700

*and*

Martha Chovanes (*Pro Hac Pending*)
**FOX ROTHSCHILD LLP**
2001 Market Street, Suite 1700
Philadelphia, PA  19103

*and*

Howard Cohen (*Pro Hac Pending*)
**FOX ROTHSCHILD LLP**
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
*Proposed Counsel for D & D Venture Group, Inc.*

## CERITIFICATE OF SERVICE

I, Edward J. Tredinnick, hereby declare as follows:

I am an active member of the State Bar of California, and I am not a party to the above-captioned action; my business mailing address is 345 California Street, Suite 2200, San Francisco, CA 94104-2670.

On June 11, 2026, I served copies of the following document(s):

Omnibus Notice Of Continued Hearings On: (1) Debtor's Emergency Motion For Entry Of Interim And Final Orders (I) Authorizing Debtor To (A) Pay Prepetition Wages, Salaries, And Other Compensation And (B) Continue Employee Benefits, And (II) Granting Related Relief [ECF 4]; And (2) Debtor's Emergency First-Day Motion For Order Authorizing Interim Use Of Cash Collateral [ECF 5]

in the following manner on the parties listed below:

☐ **BY FEDERAL EXPRESS/USPS OVERNIGHT MAIL**: I caused to be enclosed said document(s), in an envelope or package provided by Federal Express and/or USPS Express Mail and addressed to the persons at the address(es) listed below. I caused to be placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express and/or USPS, where applicable delivered such document(s) to a courier or driver authorized by Federal Express and/or USPS to receive documents.

☒ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I caused to be enclosed the said document(s) in a sealed envelope addressed to the persons at the address(es) on the attached matrix, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

| | |
|---|---|
| Ace Hardware Corporation<br>2915 Jorie Blvd<br>Oakbrook, IL 60523-2126 | Summit State Bank<br>500 Bicentennial Way<br>Santa Rosa, CA 95403 |
| Blooms<br>15079 Trestle Glen Drive<br>Glen Ellen, CA 95442 | Trevor M. Codington, Esq.<br>Carle Mackie Power & Ross LLP<br>520 South Third Street, Suite 500<br>Santa Rosa, CA 95401 |

186418043

| | |
|---|---|
| EB Stone & Son, Inc<br>131 Sunset Ave, Ste 3 #347<br>Suisun, CA 94585 | Bankers Healthcare Group L.L.C.<br>201 Solar Street Syracuse<br>New York 13204 |
| Premier Color Nursery, Inc<br>PO Box 1660<br>Fallbrook, CA 92088 | State of California Department of Tax<br>and Fee Administration<br>2480 Hilborn Rd, Ste 200<br>Fairfield, CA 94534-1820 |
| American Express Business<br>PO Box 981535<br>El Paso, TX 79998-1535 | OnDeck / ODK Capital, LLC<br>4700 W. Daybreak Pkwy, Suite 200<br>Jordan, UT 84009 |
| Annadel Commercial Land Co LLC<br>C/O Crosspoint Realty Services<br>PO Box 7365<br>San Francisco, CA 94120-7365 | CCMR3<br>201 Solar Street<br>Syracuse, NY 13204 |
| Bank of America Business<br>PO BOX 660441<br>Dallas, TX 75266-0441 | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 |
| Bankers Healthcare Group L.L.C.<br>201 Solar Street<br>Syracuse, NY 13204 | Comcast Business<br>P.O. Box 60533<br>City Of Industry CA 91716-0533 |
| Capital One Business<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Comcast<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 |
| Chase INK 8040<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Recology Sonoma Marin<br>3400 Standish Ave<br>Santa Rosa, CA 95407 |
| Chase INK 8509<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Marin Sanitary Service<br>P.O. Box 11117<br>San Rafael, CA 94912 |
| Employment Development Department (EDD)<br>800 Capital Mall<br>Sacramento, CA 95814 | Republic Services<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 |
| Internal Revenue Service<br>Ogden, UT 84201-0038 | Recology of the Coast<br>2305 Palmetto Ave<br>Pacifica, CA 94044 |

186418043

| | |
|---|---|
| SCG Marina Bay Business Center, LLC<br>PO Box 740756<br>Los Angeles, CA 90074-0756 | North Coast County Water District<br>2400 Francisco Blvd<br>Pacifica, CA 94044 |
| Wells Fargo SBCS<br>PO BOX 40310<br>Mesa, AZ 85274 | Marin Water District<br>220 Nellen Ave<br>Corte Madera, CA 94925 |
| Wells Fargo SBL<br>PO BOX 29482<br>Phoenix, AZ 85038-8650 | City of Santa Rosa<br>100 Santa Rosa Avenue<br>Santa Rosa, CA 95404 |

☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☐ **BY DIRECT EMAIL (AS OPPOSED TO THROUGH THE ECF SYSTEM)**: I caused the said document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the following document(s) by the Clerk of the Court via Notice of Electronic Filing:

| **OFFICE OF THE U.S. TRUSTEE**<br>Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov | **OFFICE OF THE U.S. TRUSTEE**<br>Paul Leahy<br>Paul.Leahy@usdoj.gov |
|---|---|
| **SUBCHAPTER V TRUSTEE**<br>Christopher Hayes<br>CHayesTrustee@gmail.com<br>Ecf.alert+Hayes@titlexi.com | **COUNSEL FOR DEBTOR**<br>Edward J. Tredinnick, Esq.<br>ETredinnick@foxrothschild.com |

186418043

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of June, 2026 at San Francisco, California.

/s/ Edward J. Tredinnick
Edward J. Tredinnick (SBN 84033)

186418043