**Entered on Docket**
**October 6, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 6, 2026**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Edward J. Tredinnick (SBN 84033)
Keith Owens (SBN 184841)
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: 415.364.5540
Facsimile: 415.391.4436
Email: etredinnick@foxrothschild.com
kowens@foxrothschild.com

*Counsel for D & D Venture Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>D & D VENTURE GROUP, INC.,<br><br>Debtor. | Case No.: 26-30496-DM<br><br>Chapter 11 (Subchapter V)<br><br>**ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES**<br><br>Judge: Hon. Dennis Montali |

On October 2, 2026, the above-referenced Debtor filed its amended plan (Dkt. 74; the "Amended Plan"). In accordance with Fed. R. Bankr. P. 2002(b); 3017(f)(1); 3017.2(a), (b), (c), and (d); 3018; and 3020(b), the court **ORDERS** as follows:

1. The court will convene a hearing to consider confirmation of the Amended Plan on November 13, 2026, at 10:00 a.m. in Courtroom 17, 450 Golden Gate Ave., San Francisco, California. Debtor and Debtor's counsel shall appear. To arrange a remote appearance (where permitted by the presiding judge) please consult the court's Procedure for Appearances by Tele/Videoconference (Zoom), which is available on the court's website.

2. On or before October 9, 2026, Debtor shall serve a copy of this order, a copy of the Amended Plan, a form of ballot, and a copy of a notice of hearing to consider confirmation on the Subchapter V trustee, the United States Trustee, and all creditors and other parties-in-interest. Consistent with B.L.R. 3020-1(b), at least 3 days prior to the confirmation hearing, Debtor shall file a certificate of service demonstrating compliance with this Paragraph 2.

3. On or before November 6, 2026, all creditors and other parties-in-interest entitled to vote on the Amended Plan shall transmit written notice of their acceptance or rejection of the Amended Plan to Debtor's counsel.

4. On or before November 6, 2026, any creditor or other party-in-interest that wishes to object to confirmation of the Plan must file and serve such written objection.

5. Debtor shall comply with B.L.R. 3020-1(a), (c), (d), (e), and (f).

*****END OF ORDER*****

**COURT SERVICE LIST**

All recipients on ECF.